UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**CHARLES FALGOUT**                                       **CIVIL ACTION**

**VERSUS**                                                         **NO: 22-5215**

**ALLSTATE INDEMNITY COMPANY**               **SECTION: "G"**

## ORDER TO SHOW CAUSE

This case was filed on December 9, 2022.[1] The record does <u>not</u> reflect service upon Defendant Allstate Indemnity Company.

Federal Rule of Civil Procedure 4(m) provides:

If a defendant is not served within 90 days after the complaint is filed, the court - on motion or on its own after notice to the plaintiff - must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period. This subdivision does not apply to service in a foreign country.

Accordingly,

**IT IS ORDERED** that Plaintiff show cause on or before March 30, 2023, by written motion or memorandum, as is appropriate, to report the status thereof or show cause why Defendant should not be dismissed for Plaintiff's failure to prosecute.

Failure to comply with this order may result in dismissal without further notice.

**NEW ORLEANS, LOUISIANA** this   14th   day of March, 2023.

*Nannette Jolivette Brown*
**NANNETTE JOLIVETTE BROWN**
**CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**

---

[1] Rec. Doc. 1.