UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **CHARLES FALGOUT** | * | **CIVIL ACTION NO. 2:22-cv-05215** |
| *Plaintiff* | * | |
| | * | |
| **VERSUS** | * | **JUDGE: SUSIE MORGAN** |
| | * | |
| **ALLSTATE INDEMNITY COMPANY** | * | **MAGISTRATE JUDGE: MICHAEL B.** |
| *Defendant* | * | **NORTH** |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### MOTION FOR PARTIAL LIFTING OF STAY ORDER
### FOR THE SOLE PURPOSE OF FILING A REQUEST FOR NOTICE

**NOW INTO COURT**, through undersigned counsel, comes Defendant, **ALLSTATE INDEMNITY COMPANY**, respectfully represents as follows:

1.

That lawsuit was filed, but prior to the delays for filing of an Answer having been expired, a Stay Order was issued suspending all proceedings in the matter.

2.

That undersigned counsel has filed this Motion for a Partial Lifting of the Stay Order for the Sole Purpose of Filing a Request for Notice, in the above captioned case, on behalf of Defendant, **ALLSTATE INDEMNITY COMPANY,** so that its counsel can be timely advised of any further developments in this lawsuit with regard to the Stay Order and requirements to move forward with any responsive pleadings.

Lake Charles, Louisiana, on this 23rd day of March, 2023.

Respectfully Submitted,
***STOCKWELL, SIEVERT, VICCELLIO,
CLEMENTS & SHADDOCK, L.L.P.***
By: /s/ Brian L. Coody
**BRIAN L. COODY (#14161)**
Post Office Box 2900
Lake Charles, LA 70602-2900
Telephone: (337) 436-9491
Fax: (337) 493-7210
*Attorneys for Allstate Indemnity Company*

## CERTIFICATE OF SRVICE

      I hereby certify that on March 23, 2023, I electronically filed the foregoing Motion for Lift of Stay Order for the Sole Purpose of Filing a Notice of Appearance with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

          /s/ Brian L. Coody
          **BRIAN L. COODY**