UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **CHARLES FALGOUT** | * | **CIVIL ACTION NO. 2:22-cv-05215** |
| *Plaintiff* | * | |
| | * | |
| **VERSUS** | * | **JUDGE: SUSIE MORGAN** |
| | * | |
| **ALLSTATE INDEMNITY COMPANY** | * | **MAGISTRATE JUDGE: MICHAEL B.** |
| *Defendant* | * | **NORTH** |

**************************************************************************

## MOTION TO ENROLL AS COUNSEL OF RECORD

On Motion of **BRIAN L. COODY**, of the law firm of Stockwell, Sievert, Viccellio, Clements & Shaddock, and on suggesting to the court that he be enrolled as counsel of record for Defendant, **ALLSTATE INDEMNITY COMPANY**, for the sole and limited purpose of receiving notification of any action taken in the lawsuit by the Court or any party to the proceedings while the Stay Order is in effect.

Lake Charles, Louisiana, this 24th day of March, 2023.

Respectfully Submitted,
*STOCKWELL, SIEVERT, VICCELLIO,*
*CLEMENTS & SHADDOCK, L.L.P.*

By: /s/ Brian L. Coody
**BRIAN L. COODY (#14161)**
Post Office Box 2900
Lake Charles, LA  70602
Telephone: (337) 436-9491
Fax: (337) 493-7210
e-mail: blcoody@ssvcs.com
*Attorneys for Allstate Indemnity Company*

1

**CERTIFICATE OF SRVICE**

I hereby certify that on March 24, 2023, I electronically filed the foregoing Motion to Enroll as Counsel of Record with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

      /s/ Brian L. Coody
    **BRIAN L. COODY**