UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CHARLES FALGOUT** | **CIVIL ACTION NO. 2:22-CV-05215** |
| **VERSUS** | **JUDGE NANNETTE JOLIVETTE BROWN** |
| **ALLSTATE INDEMNITY COMPANY** | **MAGISTRATE MICHAEL NORTH** |

**MOTION TO ENROLL ADDITIONAL COUNSEL OF RECORD**

**NOW INTO COURT** comes Plaintiff, Charles Falgout ("Plaintiff") who moves to enroll Kerry J. Miller (La. Bar No. 24562) and Rebekka C. Veith (La. Bar No. 36062) of the firm Fishman Haygood, LLP, 201 St. Charles Avenue, Suite 4600, New Orleans, LA 70170; telephone (504) 586-5252 as additional counsel of record for Plaintiff.

**WHEREFORE**, Plaintiff, Charles Falgout, prays this Honorable Court issues an order enrolling Kerry J. Miller (La. Bar No. 24562) and Rebekka C. Veith (La. Bar No. 36062) of the firm Fishman Haygood, LLP, 201 St. Charles Avenue, 46th Floor, New Orleans, LA 70170; telephone (504) 586-5252 as additional counsel of record for the Plaintiff.

Respectfully submitted,

**FISHMAN HAYGOOD, LLP**

*/s/ Kerry J. Miller*
**KERRY J. MILLER (#24562)**
**REBEKKA C. VEITH (#36062)**
201 St. Charles Avenue, Suite 4600
New Orleans, LA  70170
Telephone:	504.556-5549
Facsimile:	504.949.8202
Email:	kmiller@fishmanhaygood.com
Email:	rveith@fishmanhaygood.com


**MORRIS BART, LLC**

*/s/ Austin Marks*
**AUSTIN MARKS (#35225), T.A.**
601 Poydras Street, 24th Floor
New Orleans, LA 70130
Telephone:	(504) 525-8000
Facsimile:	(800) 878-8937
Email:	amarks@morrisbart.com

*Counsel for Plaintiff,*
*Charles Falgout*


## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 11th day of April, 2023, I electronically filed the foregoing pleading using the CM/ECF System, which will send notice of the electronic filing to all counsel of record.

*/s/ Kerry J. Miller*
**KERRY J. MILLER**